JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority     ____
Send         ____
Enter        ____
Closed       ____
JS-5/JS-6    ____
Scan Only    ____

**CASE NO.:** CV 17-01769 SJO (AFMx)    **DATE:** March 15, 2018

**TITLE:** Paz Gaming, Inc. v. RCD Holdings Ltd. et al

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                         Not Present
Courtroom Clerk                                     Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                              Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Joint STIPULATION to Dismiss Case pursuant to F.R.CIV.P. 41 (a)(I)(A)(ii) filed by plaintiff Gary Scherer [ECF # 32]. Accordingly, the Court Orders that this matter shall be dismissed pursuant to the Joint STIPULATION to Dismiss.

All pending hearings are vacated and taken off this Court's calendar.